# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TEELA CULL, | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-00004-GMN-GWF |
| vs. | ) | **ORDER** |
| NEVADA PROPERTY 1 LLC, | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' failure to file a Joint Status Report.  The Minutes of the Court dated January 3, 2013, required the parties to file a Joint Status Report regarding removed action no later than February 5, 2013.  To date the parties have not complied.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **March 4, 2013,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3      DATED this 20th day of February, 2013.

                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge