# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TEELA CULL, | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-00004-GMN-GWF |
| vs. | ) | **ORDER** |
| NEVADA PROPERTY 1 LLC, | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's Proposed Discovery Plan and Scheduling Order (#46) and Defendants' Proposed Discovery Plan and Scheduling Order (#45). The Court having reviewed the recording of the hearing on June 4, 2013, finds that Defendants' proposed discovery plan is in accordance with the Court's decision on written discovery. Accordingly,

**IT IS ORDERED** that the Court adopts Defendants' Proposed Discovery Plan and Scheduling Order (#45) with the following modification: The parties shall file a supplemental discovery plan and scheduling order within 10 days after the court decides Defendant Nevada Property 1 LLC's motion to dismiss.

DATED this 9th day of July, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge